Danny Garcia CH38868
MCSP C#13-142 P.O. Box 409060
Ione Ca 95640

FILED
AUG 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

550 new

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Danny Garcia )
        Plaintiff, )
           vs. )
            )
        Defendant. )

CASE NO. CV 08 3858 SI (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Danny Garcia, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: None & zero     Net: None & zero

Employer: N/A

PRIS. APP. TO PROC. IN FORMA PAUPERIS     - 1 -

1 | If the answer is "no," state the date of last employment and the amount of the gross and net
2 | salary and wages per month which you received. (If you are imprisoned, specify the last
3 | place of employment prior to imprisonment.)
4 | _____ NONE _____
5 | _____ NONE _____
6 | _____ NONE _____
7 | 2.    Have you received, within the past twelve (12) months, any money from any of the
8 | following sources:
9 |      a.    Business, Profession or            Yes ___ No ✓
10 |            self employment
11 |      b.    Income from stocks, bonds,       Yes ___ No ✓
12 |            or royalties?
13 |      c.    Rent payments?                   Yes ___ No ✓
14 |      d.    Pensions, annuities, or            Yes ___ No ✓
15 |            life insurance payments?
16 |      e.    Federal or State welfare payments,    Yes ___ No ✓
17 |            Social Security or other govern-
18 |            ment source?
19 | If the answer is "yes" to any of the above, describe each source of money and state the amount
20 | received from each.
21 | _____ NONE _____
22 | _____ NONE _____
23 | 3.    Are you married?                       Yes ___ No ✓
24 | Spouse's Full Name: _____ NONE _____
25 | Spouse's Place of Employment: _____ NONE _____
26 | Spouse's Monthly Salary, Wages or Income:
27 | Gross $   ZERO           Net $   ZERO
28 | 4.    a.    List amount you contribute to your spouse's support:$   ZERO

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5  _____N/A_____
6  _____N/A_____
7  5.  Do you own or are you buying a home?     Yes ___ No _X_
8  Estimated Market Value: $___0___ Amount of Mortgage: $___0___
9  6.  Do you own an automobile?     Yes ___ No _X_
10  Make __N/A__ Year __N/A__ Model __N/A__
11  Is it financed? Yes ___ No _X_ If so, Total due: $ __0__
12  Monthly Payment: $ __0__
13  7.  Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
14  Name(s) and address(es) of bank: ___None___
15  ___None___
16  Present balance(s): $ __0 ZERO NONE__
17  Do you own any cash? Yes ___ No _X_ Amount: $ __0 ZERO__
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.) Yes ___ No _X_
20  ___N/A___
21  8.  What are your monthly expenses?
22  Rent: $ __0 NONE__ Utilities: __NONE__
23  Food: $ __0 NONE__ Clothing: __NONE__
24  Charge Accounts:
25  Name of Account      Monthly Payment      Total Owed on This Acct.
26  NONE      $ 0 ZERO      $ 0 ZERO
27  NONE      $ 0 ZERO      $ 0 ZERO
28  NONE      $ 0 ZERO      $ 0 ZERO     9.  Do

1. you have any other debts? (List current obligations, indicating amounts and to whom they are
2. payable. Do not include account numbers.)
3. _____ NONE _____
4. _____ NONE _____
5. 10.    Does the complaint which you are seeking to file raise claims that have been presented
6. in other lawsuits?   Yes ___ No ✓
7. Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8. which they were filed.
9. _____ NONE _____
10. _____ NONE _____
11.      I consent to prison officials withdrawing from my trust account and paying to the court
12. the initial partial filing fee and all installment payments required by the court.
13.      I declare under the penalty of perjury that the foregoing is true and correct and
14. understand that a false statement herein may result in the dismissal of my claims.
15.
16. 07/24/08                    /s/ Danny Garcia
17.    DATE                         SIGNATURE OF APPLICANT

1
2                                              Case Number: _____
3
4
5
6
7
8                              CERTIFICATE OF FUNDS
9                                       IN
10                              PRISONER'S ACCOUNT
11
12        I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of __Mule CReek_____ for the last six months
14   at
15                                   [prisoner name] _Danny Garcia_
16   _State Prison Ione Ca_____ where (s)he is confined.
17        [name of institution]
18        I further certify that the average deposits each month to this prisoner's account for the
19   most recent 6-month period were $ ___Ø_____ and the average balance in the prisoner's
20   account each month for the most recent 6-month period was $___¢_____.
21
22   Dated:_____            _____
23                                     [Authorized officer of the institution]
24
25
26
27
28

Case 3:08-cv-03858-SI   Document 2   Filed 08/12/2008   Page 6 of 6

```
REPORT ID: TS3030 .701                                           REPORT DATE: 01/11/08
                                                                 PAGE NO:        1
                          CALIFORNIA DEPARTMENT OF CORRECTIONS
                             SALINAS VALLEY STATE PRISON
                            INMATE TRUST ACCOUNTING SYSTEM
                             INMATE TRUST ACCOUNT STATEMENT

                      FOR THE PERIOD: OCT. 01, 2007 THRU JAN. 11, 2008

ACCOUNT NUMBER : V30568                    BED/CELL NUMBER: FBB5T2000000214L
ACCOUNT NAME   : GARCIA, DANNY RAY         ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                                TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE   DESCRIPTION     COMMENT     CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE

10/01/2007   BEGINNING BALANCE                                                     0.00

12/06*VD54 INMATE PAYROL 1492P11/07                       0.71                     0.71
12/20 W512 LEGAL POSTAGE 1635 ENVEL                                    0.71        0.00

                              CURRENT HOLDS IN EFFECT

   DATE       HOLD
  PLACED      CODE        DESCRIPTION                COMMENT          HOLD AMOUNT

08/01/2007    H107    POSTAGE HOLD                0365 PPOST              6.85

                         * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 03/29/04                   CASE NUMBER: CM017813
COUNTY CODE: BUT                           FINE AMOUNT: $  10,000.00

   DATE       TRANS.     DESCRIPTION                 TRANS. AMT.      BALANCE

10/01/2007   BEGINNING BALANCE                                        9,931.32

12/06/07     VR54     RESTITUTION DEDUCTION-SUPPORT     0.78-         9,930.54

    * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT  *
    * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.        *

                              TRUST ACCOUNT SUMMARY

BEGINNING     TOTAL         TOTAL         CURRENT       HOLDS        TRANSACTIONS
 BALANCE     DEPOSITS     WITHDRAWALS     BALANCE      BALANCE       TO BE POSTED

   0.00        0.71          0.71           0.00         6.85            0.00

                                                                   CURRENT
                                                                  AVAILABLE
                                                                   BALANCE

                                                                     6.85-
```

Danny Garcia V# 30568
M.C.S.P. C#13-142 P.O. Box YC9068
Ione Ca 95640

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

"Legal-mail"

1-27-08