Danny Garcia V#30568
MCSP. C#13-142 P.O. Box 409060
Ione Ca 95640

U.S. District Court
450 Golden Gate Ave
P.O. Box 36060
San Francisco Ca 94102-9680

**FILED**
AUG 1 9 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No# CV-08-3858 (PR) SI

RE: Office of the Clerk:

Your Court has given only (30) days in order to file into your Court but, take note that I had already Requested here at Mule Creek State Prison and still "NO" Responses.

This is why I am in need for an entention of (30) days more in order to seek the information that your Court are Requesting for.

Thank you for your Kind support into this matter that needs to be look at into with all do Respect.

Date ___/___/08:   Respectfully Submitted

PS include a copy of    /s/ _____
E-filing                    Danny Garcia

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

# E-filing

**SI**

Dear Sir or Madam:

CV 08    3858

Your action has been filed as a civil case number _____.

It appears that you have not attached a complaint or petition to your other pleadings.

**If you do not submit a complaint or petition (using the above referenced case number) within THIRTY DAYS from the filing date stamped above, your action will be dismissed and the file closed.**

Sincerely,
RICHARD W. WIEKING, Clerk

By _____
Deputy Clerk

GARCIA

(IFP Application / letter / exhibits / motion / no complaint or petition)
(blank complaint form / petition attached)

Rev. 5/08

Danny Garcia V30568
MCSP C#13-142 P.O. Box 409060
Ione CA 95640

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

SACRAMENTO CA 95?

12 AUG 2008 PM 1 L

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

"Legal-Mail"

Legal Mail to file

8-17-08