1

2

3

4

5             UNITED STATES DISTRICT COURT

6           NORTHERN DISTRICT OF CALIFORNIA

7

8   In Re.                                No. C 08-3858 SI (pr)

9   DANNY RAY GARCIA,                     **ORDER OF TRANSFER**

10              Petitioner.

11  _____/

12

13        Danny Ray Garcia, an inmate at Mule Creek State Prison, has filed a petition for writ of

14  habeas corpus to challenge his conviction and sentence from the Butte County Superior Court.

15  Butte County lies within the venue of the Eastern District of California and Mule Creek State

16  Prison lies within the venue of the Eastern District of California.  Venue is proper in a habeas

17  action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d);

18  however, a petition challenging a conviction or the sentence imposed is preferably heard in the

19  district of conviction.  See Habeas L.R. 2254-3(b).  Because the conviction occurred in, and the

20  prisoner is housed in, the Eastern District of California, pursuant to 28 U.S.C. § 1404(a) and

21  Habeas L.R. 2254-3(b), and in the interests of justice, this action is TRANSFERRED to the

22  United States District Court for the Eastern District of California.  The clerk shall transfer this

23  matter forthwith.

24        IT IS SO ORDERED.

25  DATED: December 18, 2008                    _____

26                                              SUSAN ILLSTON
                                                United States District Judge

27

28

**United States District Court**
For the Northern District of California